# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 15-CR-0042-JLS-2 |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE** |
| MARIA ALEXJANDRA PALACIOS (2), | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above-entitled case be dismissed without prejudice as to Maria Alexjandra Palacios, Defendant No. 2.

IT IS SO ORDERED.

DATED: January 28, 2015

_____
HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge